UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-03444-SPG (ASx) | Date | October 20, 2022 |
|---|---|---|---|
| Title | *Raquel Roman v. Lorem Technologies Inc., et. al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**      **ORDER GRANTING MOTION TO COMPEL DEPOSITION (Dkt. Nos. 41-43)**

On October 3, 2022, Defendant filed a motion to compel the deposition of Plaintiff Raquel Roman, accompanied by a supporting memorandum and the Declaration of Tyler Runge with attached exhibits. ("Motion") (Dkt. Nos. 41-43). Plaintiff, who is now proceeding *pro se*, has not filed an opposition or response to the motion, which was due October 18, 2022 per this Court's order. (See Dkt. No. 44). On October 19, 2022, Defendant filed a notice of Plaintiff's failure to file an opposition to its motion. (Dkt. No. 47).

Defendant's motion to compel the deposition of Plaintiff is GRANTED. Plaintiff has not filed an opposition to the motion, see Local Rule 7-12 ("The failure to file any required document . . . may be deemed consent to the granting or denial of the motion[.]"). The parties are ordered to meet and confer, within five (5) days of the date of this Order, regarding a mutually convenient date and time for the deposition of Plaintiff to take place within thirty (30) days of the date of this Order. If the parties are unable to meet and confer or to agree to a date, time, and place for the deposition, Defendant's counsel may contact the Courtroom Deputy to schedule a telephonic conference (after conferring with Plaintiff about her availability for the telephonic conference) with the Court to address this issue.

Defendant's request for an order requiring Plaintiff to pay their fees in the amount of $2,040 for bringing this motion is GRANTED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-03444-SPG (ASx) | Date | October 20, 2022 |
|---|---|---|---|
| Title | *Raquel Roman v. Lorem Technologies Inc., et. al.* | | |

**IT IS SO ORDERED.**

cc: Sherilyn Peace Garnett
United States District Judge

Initials of Preparer    0 : 00
AF